# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| REALTIME DATA, LLC D/B/A/ IXO,<br><br>*Plaintiff*,<br>v.<br><br>PACKETEER, INC.,<br>BLUE COAT SYSTEMS, INC.,<br>CITRIX SYSTEMS, INC.,<br>EXPAND NETWORKS, INC.,<br>F5 NETWORKS, INC.,<br>7-ELEVEN, INC.,<br>ABM INDUSTRIES, INC.,<br>ABM JANITORIAL SERVICES –<br>    SOUTH CENTRAL, INC.,<br>AVERITT EXPRESS, INC.,<br>BUILD-A-BEAR WORKSHOP, INC.,<br>DHL EXPRESS (USA), INC.,<br>INTERSTATE BATTERY SYSTEM OF<br>    AMERICA, INC., AND<br>O'REILLY AUTOMOTIVE, INC.<br>    *Defendants*. | Civil Action No. 6:08-cv-00144-LED/JDL<br><br>**JURY TRIAL DEMANDED**<br><br>**UNOPPOSED** |

**PLAINTIFF REALTIME DATA, LLC'S UNOPPOSED MOTION
TO MODIFY DOCKET CONTROL ORDER CONCERNING MARKMAN BRIEFING**

TO THE HONORABLE UNITED STATES MAGISTRATE JUDGE:

COMES NOW Plaintiff REALTIME DATA, LLC d/b/a IXO, to respectfully move this Court for an extension of time for the parties to Comply with P.R. 4-5(a) and 4-5(b).

The Court's Docket Control Order entered September 19, 2008 (Dkt. 128), sets March 2, 2009 as the deadline for the Plaintiff to comply with P.R. 4-5(a), and sets March 16, 2009 as the deadline for Defendants to comply with P.R. 4-5(b).

Plaintiff REALTIME DATA, LLC d/b/a IXO respectfully moves this Court to extend the deadline for Plaintiff to submit its opening *Markman* brief from March 2 to and including March 5, 2009 and to extend the deadline for Defendants' responsive *Markman* brief from March 16 to and including March 19, 2009. All other deadlines set forth in the Docket Control Order would remain unchanged.

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully requests that this Unopposed Motion be **granted**.

Dated: February 24, 2009

Respectfully submitted,

**POTTER MINTON**
**A Professional Corporation**

By: */s/ John F. Bufe*

Michael E. Jones
Texas State Bar No. 10929400
John F. Bufe
Texas State Bar No. 03316930
Potter Minton
Douglas R. McSwane, Jr.
Texas State Bar No. 13861300
A Professional Corporation
110 North College
500 Plaza Tower
Tyler, Texas 75702
Telephone: (903) 597-8311
Facsimile: (903) 593-0846
Email: mikejones@potterminton.com
johnbufe@potterminton.com
dougmcswane@potterminton.com

*Attorneys for Plaintiff*
**REALTIME DATA, LLC**

{VRT\7982\0001\W0386698.1 }

**Of Counsel:**

Kenneth B. Herman
Patricia Martone
Ching-Lee Fukuda
Anthony Pastor
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036
Telephone: (212) 596-9000
Facsimile: (212) 596-9090
Email: kenneth.herman@ropesgray.com

*Attorneys for Plaintiff*
**REALTIME DATA, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 24th day of February, 2009. Any other counsel of record will be served by first class U.S. mail on this same date.

                                                  */s/ John F. Bufe*
                                                  John F. Bufe