**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| REALTIME DATA, LLC D/B/A IXO, ) | |
| ) | Civil Action No. 6:08-cv-144 (LED) |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **JURY TRIAL DEMANDED** |
| PACKETEER, INC., ) | |
| CITRIX SYSTEMS, INC., ) | |
| EXPAND NETWORKS, INC., ) | |
| F5 NETWORKS, INC., ) | |
| 7-ELEVEN, INC., ) | |
| ABM INDUSTRIES, INC., ) | |
| ABM JANITORIAL SERVICES- ) | |
|   SOUTH CENTRAL, INC., ) | |
| AVERITT EXPRESS, INC., ) | |
| BUILD-A-BEAR WORKSHOP, INC., ) | |
| DHL EXPRESS (USA), INC., ) | |
| INTERSTATE BATTERY SYSTEM OF ) | |
|   AMERICA, INC., AND ) | |
| O'REILLY AUTOMOTIVE, INC., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

CAME ON to be heard Plaintiff Realtime Data, LLC d/b/a IXO, Defendant F5 Networks, Inc., and Intervenor Comtech AHA Corporation's Joint Motion for Extension of Time for Exchange of Expert Reports, and the Court, after review of the subject Motion, and upon due consideration, it is hereby ORDERED that said Motion shall be in all things **granted**; and it is

FURTHER ORDERED that the deadline for Realtime's infringement contentions regarding the '772 patent asserted against F5 / Comtech, Realtime's opening damages report against Comtech, and F5's and Comtech's opening invalidity expert report ('772) is extended from June 15, 2009 to and including June 19, 2009; and it is

2

FURTHER ORDERED that the deadline for Realtime's rebuttal validity report ('772), F5's rebuttal non-infringement report ('772), Comtech's rebuttal non-infringement report ('772), and Comtech's rebuttal damages report is extended from July 2, 2009 to and including July 7, 2009.

**So ORDERED and SIGNED this 17th day of June, 2009.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE