IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **REALTIME DATA, LLC D/B/A IXO,** | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION No. 6:08cv144 |
| **PACKETEER, INC., et al.,** | § § § | |
| Defendants. | § | |

## ORDER

Before the Court is Plaintiff Realtime Data's Motion for Leave to File Amended Infringement Contentions ("Motion") (Doc. No. 322). Defendant Citrix Systems, Inc. has filed an Opposition to Realtime's Motion for Leave to File Amended Infringement Contentions ("Opposition") (Doc. No. 367). The Motion is currently set for hearing on Monday, June 29, 2009, at 1:30 p.m. Plaintiff is **ORDERED** to submit to the Court two (2) binders containing the Motion and exhibits appropriately tabbed. Defendant Citrix is **ORDERED** to submit to the Court two (2) binders containing the Opposition and exhibits appropriately tabbed. Both parties are **ORDERED** to submit all binders to the Court by **Wednesday, June 24, 2009.**

**So ORDERED and SIGNED this 22nd day of June, 2009.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE

1