IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **REALTIME DATA, LLC D/B/A IXO,** | § § § | |
| Plaintiff, | § § | CIVIL ACTION No. 6:08cv144 |
| v. | § § | |
| **PACKETEER, INC., et al.,** | § § | |
| Defendants. | § § | |

## ORDER

Before the Court is Defendant Citrix Systems, Inc.'s Emergency Motion under L.R. CV 7(m) to Strike Unauthorized Portions of Plaintiff Realtime Data, LLC's Final P.R. 3-1 Disclosures and Infringement Contentions (Doc. No. 407).   In light of the approaching rebuttal expert report deadline, Plaintiff Realtime Data, LLC d/b/a IXO is **ORDERED** to file a response by **12:00 p.m. CST on Thursday, July 16, 2009.**

So ORDERED and SIGNED this 13th day of July, 2009.

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE

1