IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **REALTIME DATA, LLC D/B/A IXO,** | § § § | |
| Plaintiff, | § § | CIVIL ACTION No. 6:08cv144 |
| v. | § § | |
| **PACKETEER, INC., et al.,** | § § | |
| Defendants. | § § | |

## ORDER

Before the Court is Defendant Interstate Battery System of America, Inc.'s Emergency Motion to Strike Infringement Contentions by Plaintiff Realtime (Doc. No. 410).   In light of the approaching rebuttal expert report deadline, Plaintiff Realtime Data, LLC d/b/a IXO is **ORDERED** to file a response by **12:00 p.m. CST on Thursday, July 16, 2009.**

**So ORDERED and SIGNED this 14th day of July, 2009.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE

1