IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| REALTIME DATA, LLC D/B/A IXO, | § § § | |
| Plaintiff, | § § | CIVIL ACTION No. 6:08cv144 |
| v. | § § | |
| PACKETEER, INC., et al., | § § | |
| Defendants. | § | |

## ORDER

Before the Court are Defendant F5 Networks, Inc.'s Emergency Motion to Strike Portions of Realtime Data, LLC's Final P.R. 3-1 Disclosures and Infringement Contentions (Doc. No. 416) and Defendants Blue Coat Systems, Inc., Packeteer, Inc., 7-Eleven, Inc., ABM Industries, Inc., ABM Janitorial Services–South Central, Inc., and Build-A-Bear Workshop, Inc.'s Emergency Motion Under L.R. CV 7(m) to Strike All New Materials From Plaintiff Realtime Data, LLC's Final P.R. 3-1 Disclosures and Infringement Contentions to Limit Realtime Data, LLC To its Initial Contentions, and for Sanctions (Doc. No. 417).  In light of the approaching rebuttal expert report deadline, Plaintiff Realtime Data, LLC d/b/a IXO is **ORDERED** to file a response by **12:00 p.m. CST on Friday, July 17, 2009.**

So ORDERED and SIGNED this 15th day of July, 2009.

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE

1