IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **REALTIME DATA, LLC D/B/A IXO,** | § § § | |
| Plaintiff | § § | |
| vs. | § § | NO.   6:08-cv-00144-LED |
| **PACKETEER, INC., et al.** | § § | |
| Defendants. | § § | |

**DEFENDANT AVERITT EXPRESS, INC.'S MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT**

## I.   INTRODUCTION

Defendant Averitt Express, Inc. ("Averitt") seeks summary judgment of non-infringement with respect to any patents asserted by plaintiff in this case.

## II.   ISSUE TO BE DECIDED

Whether all claims against Averitt Express should be dismissed with prejudice where there are no outstanding infringement contentions against Averitt.

## III.   DISCUSSION

Summary judgment is warranted because plaintiff ("Realtime") has not set forth any basis for its claim of infringement against Averitt. Realtime's Final Infringement Contentions do not, for example, mention Averitt. Averitt was apparently sued because it purchased a product from defendant F5 Networks, Inc. ("F5"). That product was never asserted to infringe, however, in the Preliminary Infringement Contentions and, as mentioned above, Averitt is not even mentioned in Realtime's Final Infringement Contentions. Averitt has requested that Realtime dismiss Averitt, but has received no response and Realtime has not taken any action to effect such a dismissal. Accordingly, Averitt requests that the claims against it be dismissed with prejudice. Averitt

reserves the right to seek recovery of its attorneys' fees and costs for having to defend itself in an action where Realtime knew, or should have known, that it had no basis for any claim of infringement.

This motion is supported by the Declaration of Ramsey M. Al-Salam filed herewith.

## IV. CONCLUSION

For the reasons set forth above, the Court should dismiss all claims against defendant Averitt Express, Inc. with prejudice.

Dated: August 10, 2009

Respectfully submitted,

*/s/ Ramsey M. Al-Salam*
Ramsey M. Al-Salam (*Pro Hac Vice*)
Kameron Parvin (*Pro Hac Vice*)
Tyler C. Peterson (*Pro Hac Vice*)
PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Tel: 206-359-8000/Fax: 206-359-9000

Deron R. Dacus
State Bar No. 00790553
RAMEY & FLOCK, P.C.
100 E Ferguson, Suite 500
Tyler, TX 75702
Tel: 903-597-3301/Fax: 903-597-2413

ATTORNEYS FOR DEFENDANT F5 NETWORKS, INC.

- 3 -

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document on August 10, 2009. Any other counsel of record will be served by First Class U.S. mail on this same date.

                           */s/ Ramsey M. Al-Salam*
                           Ramsey M. Al-Salam

34897-0015/LEGAL16677250.1