IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **REALTIME DATA, LLC,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil No. 6:08-cv-144-LED-JDL |
| | § | |
| **PACKETEER, INC.,** | § | **JURY DEMANDED** |
| **BLUE COAT SYSTEMS, INC.,** | § | |
| **CITRIX SYSTEMS, INC.,** | § | |
| **EXPAND NETWORKS, INC.,** | § | |
| **F5 NETWORKS, INC.,** | § | |
| **7-ELEVEN, INC.,** | § | |
| **ABM INDUSTRIES, INC.,** | § | |
| **ABM JANITORIAL SERVICES –** | § | |
| **SOUTH CENTRAL, INC.,** | § | |
| **AVERITT EXPRESS, INC.,** | § | |
| **BUILD-A-BEAR WORKSHOP, INC.,** | § | |
| **DHL EXPRESS (USA), INC.,** | § | |
| **INTERSTATE BATTERY SYSTEM OF** | § | |
| **AMERICA, INC., AND** | § | |
| **O'REILLY AUTOMOTIVE, INC.** | § | |
| | § | |
| Defendants. | § | |

**ORDER GRANTING DEFENDANT CITRIX SYSTEMS, INC'S
MOTION FOR LEAVE TO EXCEED PAGE LIMITATIONS FOR CITRIX'S MOTION
FOR SUMMARY JUDGMENT OF INVALIDITY OF U.S. PATENT NO. 7,352,300**

Before the Court is Defendant Citrix Systems, Inc's Motion for Leave to Exceed Page Limitations (Doc. No. 488). Upon consideration of the Motion and arguments in support thereof, the Court concludes that the Motion should be granted.

It is therefore ORDERED the Defendant's Motion for Leave to Exceed Page Limitations is GRANTED.

**So ORDERED and SIGNED this 19th day of August, 2009.**

1

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE