# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **REALTIME DATA, LLC D/B/A/ IXO,**<br><br>　　Plaintiff,<br><br>　　v.<br><br>**PACKETEER, INC.,**<br>**BLUE COAT SYSTEMS, INC.,**<br>**CITRIX SYSTEMS, INC.,**<br>**EXPAND NETWORKS, INC.,**<br>**F5 NETWORKS, INC.,**<br>**7-ELEVEN, INC.,**<br>**ABM INDUSTRIES, INC.,**<br>**ABM JANITORIAL SERVICES –**<br>　　**SOUTH CENTRAL, INC.,**<br>**AVERITT EXPRESS, INC.,**<br>**BUILD-A-BEAR WORKSHOP, INC.,**<br>**DHL EXPRESS (USA), INC.,**<br>**INTERSTATE BATTERY SYSTEM OF**<br>　　**AMERICA, INC., AND**<br>**O'REILLY AUTOMOTIVE, INC.**<br><br>　　Defendants. | **Civil Action No. 6:08-cv-144 LED**<br><br>**<u>JURY TRIAL DEMANDED</u>** |

## <u>ORDER</u>

Before the Court is Defendant Citrix Systems, Inc.'s Unopposed Motion for Leave to Exceed the Page Limit for its Reply to Realtime Data LLC's Opposition to Citrix's Motion for Summary Judgment of Invalidity of U.S. Patent No. 7,352,300 by five (5) Pages. Having considered the Unopposed Motion, and upon due consideration, it is hereby ORDERED that said Unopposed Motion is GRANTED.

**So ORDERED and SIGNED this 9th day of September, 2009.**

　　　　　　　　　　　　　　　　　　　　　　_/s/ John D. Love_
　　　　　　　　　　　　　　　　　　　　　　JOHN D. LOVE
LIBA/2027431.1　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE