**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

|  |  |  |
|---|---|---|
| **REALTIME DATA, LLC D/B/A IXO,** | § | |
| | § | |
| **Plaintiff** | § | |
| | § | |
| **vs.** | § | NO.    **6:08-cv-00144-LED** |
| | § | |
| **PACKETEER, INC., BLUE COAT** | § | |
| **SYSTEMS, INC., CITRIX SYSTEMS,** | § | |
| **INC., EXPAND NETWORKS, INC., F5** | § | |
| **NETWORKS, INC., 7-ELEVEN, INC.,** | § | |
| **ABM INDUSTRIES, INC., ABM** | § | |
| **JANITORIAL SERVICES – SOUTH** | § | |
| **CENTRAL, INC., AVERITT EXPRESS,** | § | |
| **INC., BUILD-A-BEAR WORKSHOP,** | § | |
| **INC., DHL EXPRESS (USA), INC.,** | § | |
| **INTERSTATE BATTERY SYSTEM OF** | § | |
| **AMERICA, INC., and O'REILLY** | § | |
| **AUTOMOTIVE, INC.,** | § | |
| | § | |
| **Defendants.** | § | |
| | § | |
| | § | |
| | § | |
| | § | |

## ORDER

Having fully considered F5's Unopposed Motion to Extend Time, it is determined that

Defendant's Motion should be and is in all ways **GRANTED.**  F5's deadline to file its Response

to Realtime's Motion for Reconsideration of the Court's Order Denying Leave to Amend

Infringement contentions is hereby extended to September 21, 2009.

**IT IS SO ORDERED.**

**So ORDERED and SIGNED this 16th day of September, 2009.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE