**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **REALTIME DATA, LLC D/B/A IXO,** § | | |
| § | | |
| Plaintiff § | | |
| vs. § | NO. | 6:08-cv-00144-LED |
| **PACKETEER, INC., BLUE COAT SYSTEMS, INC., CITRIX SYSTEMS, INC., EXPAND NETWORKS, INC., F5 NETWORKS, INC., 7-ELEVEN, INC., ABM INDUSTRIES, INC., ABM JANITORIAL SERVICES – SOUTH CENTRAL, INC., AVERITT EXPRESS, INC., BUILD-A-BEAR WORKSHOP, INC., DHL EXPRESS (USA), INC., INTERSTATE BATTERY SYSTEM OF AMERICA, INC., and O'REILLY AUTOMOTIVE, INC.,** § | | |
| Defendants. § | | |

**ORDER**

Having fully considered F5's Unopposed Motion to Extend Time, it is determined that Defendant's Motion should be and is in all ways **GRANTED.** F5's deadline to file its Response to Realtime's Motion for Reconsideration of the Court's Order Denying Leave to Amend Infringement contentions is hereby extended to September 24, 2009.

**IT IS SO ORDERED.**

        **So ORDERED and SIGNED this 23rd day of September, 2009.**

*/s/ John D. Love*
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE