IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **REALTIME DATA, LLC D/B/A IXO,** | § § § | |
| Plaintiff, | § § | **CIVIL ACTION No. 6:08cv144** |
| v. | § § | |
| **PACKETEER, INC., et al.,** | § § § | |
| Defendants. | § | |

**ORDER**

Before the Court is Defendant Citrix Systems, Inc.'s Motion to Strike Realtime Data, LLC's Arguments in Opposition to Citrix's Motion for Summary Judgment that are not Consistent with Infringement Contentions (Docket No. 585) and Citrix's Reply (Docket No. 636). Plaintiff Realtime Data, LLC has filed a response (Docket No. 621) and a surreply (Docket No. 666). For the reasons discussed in the Court's previous order (Docket No. 427) addressing motions to strike portions of Realtime's infringement contentions, the Court likewise **DENIES** Citrix's motion.

**So ORDERED and SIGNED this 16th day of November, 2009.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE