IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **REALTIME DATA, LLC,** | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil No. 6:08-cv-144-LED-JDL |
| **PACKETEER, INC.,** | § § | |
| **BLUE COAT SYSTEMS, INC.,** | § | |
| **CITRIX SYSTEMS, INC.,** | § | **JURY TRIAL DEMANDED** |
| **EXPAND NETWORKS, INC.,** | § | |
| **F5 NETWORKS, INC.,** | § | |
| **7-ELEVEN, INC.,** | § | |
| **ABM INDUSTRIES, INC.,** | § | |
| **ABM JANITORIAL SERVICES –** | § | |
| **SOUTH CENTRAL, INC.,** | § | |
| **AVERITT EXPRESS, INC.,** | § | |
| **BUILD-A-BEAR WORKSHOP, INC.,** | § | |
| **DHL EXPRESS (USA), INC.,** | § | |
| **INTERSTATE BATTERY SYSTEM OF** | § | |
| **AMERICA, INC., AND** | § | |
| **O'REILLY AUTOMOTIVE, INC.,** | § § | |
| Defendants. | § § | |

## ORDER OF DISMISSAL

CAME ON to be heard, Plaintiff Realtime Data, LLC D/B/A IXO and Defendant Citrix Systems, Inc.'s Stipulation and Order of Dismissal (Doc. No. 850), and the Court, after review of the subject Stipulation, it is hereby **ORDERED** that said Stipulation is in all things **GRANTED**. It is **FURTHER ORDERED** that this action, including the amended complaint, answers and counterclaims, be **DISMISSED** with prejudice, pursuant to the Settlement and License Agreement dated January 7, 2010 executed by the parties, the terms of which shall remain confidential, as

provided in the Settlement and License Agreement.

It is **FURTHER ORDERED** that this Court shall retain continuing jurisdiction over the parties and the subject matter to enforce the aforesaid Settlement and License Agreement; and it is **FURTHER ORDERED** that each party shall bear its own attorney's fees and costs and expenses incurred by or on behalf of said party in connection with this action.

**So ORDERED and SIGNED this 1st day of February, 2010.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**